

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

JUL 1 0 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Gregory Fine<br><br>        Debtor(s).<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for CITIMORTGAGE, INC.<br>        Movant,<br><br>Gregory Fine, Debtor; and William E. Pierce Chapter 7 Trustee,<br>        Respondents. | Chapter 7 Proceedings<br><br>Case No.:2-09-bk-04778-RTBP<br><br><br><br>ORDER OF RECUSAL<br>(CITIMORTGAGE, INC.)<br><br>(SARAH SHARER CURLEY) |

Before the court is the Motion For Relief From The Automatic Stay filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., as nominee for CITIMORTGAGE, INC. It appears that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion, and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his consideration.

DATED this __10__ day of July, 2009.

Honorable Redfield T. Baum
Chief, United States Bankruptcy Judge

Copy of the foregoing
mailed this /0 day of
July, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

William E. Pierce
P.O. Box 429
Chino Valley, Arizona 86323-0429

Gregory Fine
6527 Williamson Valley Road
Prescott, Arizona 86305

by _____
           Judicial Assistant

07/13/2009